El Pueblo, Demandante y Apelado, *v.* Cesari, Acusado y
Apelante.

Apelación procedente de la Corte de Distrito de Ponce en
causa por infracción a la Ley para reglamentar el uso de
vehículos de motor.

No. 1220.—Resuelto en diciembre 11, 1917.

Sobreseimiento del Proceso—Aglomeración de Asuntos en el Calendario
Civil—Juicio Rápido.—La mera aglomeración de asuntos civiles en el ca-
lendario no constituye justa causa para dilatar el juicio de una causa cri-
minal, pues ello subordinaría los derechos del acusado garantizados por el
artículo 448, apartado 2º., del Código de Enjuiciamiento Criminal, a la
conveniencia más bien que a la discreción del juez sentenciador y habría
de tender directamente a destruir en la práctica el juicio rápido que exige
el artículo 11 del código referido.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Leopoldo Tormes.*

Abogado del apelado: *Sr. Salvador Mestre, Fiscal.*

El Juez Asociado Sr. Hutchison, emitió la opinión del
tribunal.

El apelante fué convicto primeramente en la Corte Muni-
cipal y luego en la de Distrito de Ponce, por una infracción
a la ley para reglamentar el uso de vehículos de motor en
Puerto Rico.

En la corte de distrito se presentó una moción para que
la causa fuese sobreseída por el fundamento de que la misma
no había sido llamada para juicio dentro de los 120 días que
señala la ley, moción que fué declarada sin lugar por la ra-
zón de que "según una orden de la corte, que se dictó al
principiar el término civil anterior, de acuerdo con los abo-
gados en aquel momento presentes, se convino en dedicar
todo ese término en asuntos civiles, debido al gran número
de asuntos que había."

Lo que ocurriera al principio del término y antes de ser
llamadas para señalamiento las causas del Calendario Crimi-
nal, que relacionara el juez sentenciador, apenas si puede
estimarse como una renuncia por parte del acusado de su

derecho a que se sobreseyese su causa pendiente, de conformidad con lo que se dispone en el artículo 448 del Código de Enjuiciamiento Criminal.

El sostener que la mera aglomeración de asuntos civiles en el calendario constituye justa causa para dilatar el juicio de una causa criminal,. subordinaría los derechos del acusado a la conveniencia, más bien que a la discreción, del juez sentenciador, y habría de tender directamente a destruir en la práctica el juicio rápido que exige el Código.

La sentencia apelada debe ser revocada y sobreseída la causa.

> *Revocada la sentencia apelada y absuelto el acusado.*

Jueces concurrentes: Sres. Asociados Wolf y del Toro.

Los Jueces Sres. Presidente Hernández y Asociado Aldrey no intervinieron.